NUMBER 13-00-202-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




RANDY
ELWOOD, PRESIDENT OF 

SOUTHLAND
DISTRIBUTING CO.,
Appellant, 



v.





BROWNSVILLE
INVESTMENT CO., Appellee. 

____________________________________________________________________




On appeal from the 138th District Court

of
Cameron
 County, Texas.

____________________________________________________________________




O P I N I O N





Before Chief
Justice Seerden and Justices Rodriguez and Kennedy(1)


Opinion Per Curiam





Appellant, RANDY ELWOOD, PRESIDENT OF SOUTHLAND DISTRIBUTING CO.,
attempted to perfect an appeal from an order entered by the 138th
District Court of Cameron County, Texas, in cause no. 99-08-3336-B.
The clerk's record was received on March 23, 2000. 

Upon review of the clerk's record, it appeared that the order from this
appeal was taken was not a final appealable order.
Pursuant to Tex. R. App. P. 42.3, notice of this defect was given so that steps
could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of
receipt of this notice, the appeal would be dismissed for want of jurisdiction.
Appellant failed to file a response as requested by this Court's notice. 

The Court, having considered the documents on file and appellant's failure
to respond to this Court's notice, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 15th day of June, 2000.




1. Retired Justice Noah Kennedy assigned to this Court by
the Chief Justice of the Supreme Court of Texas pursuant to Tex.Gov't
Code Ann § 74.003 (Vernon 1998).